NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1395

UNITED STATES,

Plaintiff-Appellee,

v.

UNIVERSAL FRUITS AND VEGETABLES CORPORATION,
DAVID PAI (also known as Shin Wei Pai),
and JASON PAI (also known as Chung Sheng Pai),

Defendants-Appellants.

Sean B. McNamara, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for plantiff-appellee. With him on the brief were Jeanne E. Davidson, Director, and Alan J. Lo Re, Senior Trial Counsel.  Of counsel were Carollyn D. Jackson and Lesleyanne Koch Kessler, Office of Chief Counsel, United States Customs and Border Protection, of Washington, DC.

John M. Peterson, Neville Peterson LLP, of New York, New York, argued for defendants-appellants.  With him on the brief was Curtis W. Knauss.

Appealed from:  United States Court of International Trade

Judge Gregory W. Carman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1395

UNITED STATES,

Plaintiff-Appellee,

v.

UNIVERSAL FRUITS AND VEGETALES CORPORATION,
DAVID PAL (also known as Shin Wei Pai),
and JASON PAL (also known as Chung Sheng Pai)

Defendants-Appellants.

# Judgment

ON APPEAL from the  United States Court of International Trade

In CASE NO(S).   04-00431.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, and LINN, <u>Circuit Judges</u>, and WOLLE, <u>Senior District Judge</u>.[*]

**<u>AFFIRMED.</u>** <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  February 8, 2008   / s /  *Jan Horbaly*
            Jan Horbaly, Clerk

---

[*] Honorable Charles R. Wolle, Senior District Judge, United States District Court for the Southern District of Iowa, sitting by designation.